CECELIA RAPP, Appellant, *v.* F. LINWOOD MYERS, Respondent.

Argued October 5, 1943; decided November 24, 1943.

*Fred Forman* for appellant.

*Thomas H. Clearwater* and *William F. Martin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.